IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL ACTION NO. 6:09cr18 |
| ERIC FERNANDO REYES | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of ancillary forfeiture proceedings, has been presented for consideration. The Report and Recommendation recommends that the Government's Motion in Response to Ancillary Petitions of Victor Dominguez and D-1 Capital, LP (document #220) be granted. No written objections have been filed to the Report and Recommendation. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Government's Motion in Response to Ancillary Petitions of Victor Dominguez and D-1 Capital, LP (document #220) is **GRANTED**. It is further

**ORDERED** that the 2001 black Kaufman AC trailer, VIN 15XFW50331L000535, License Plate 87ZYKC is dismissed from the previously entered Preliminary Order of Forfeiture. It is finally

**ORDERED** that the U.S. Marshal shall release the Kaufman trailer to the registered owner, Victor Dominguez.

**So ORDERED and SIGNED this 1st day of February, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**