IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIM. ACTION NO. 6:09CR18 |
| ERIC FERNANDO REYES (6) | § | |


ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE


The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of specified pending motions in this case has been presented for consideration. The Report and Recommendation recommends that the Government's Motion to Dismiss Petition of Brenda Griego (document #221) be granted and that the petition of Brenda Griego filed in response to the Preliminary Order of Forfeiture involving a 1987 Purple Chevrolet Monte Carlo Custom, VIN 1G1GZ11Z8HP141336, License Plate LWC222 be dismissed. No written objections have been filed. The Report and Recommendation was mailed to Brenda Griego at her last known address via certified mail and was returned as "unclaimed." The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Government's Motion to Dismiss Petition of Brenda Griego (document #221) is **GRANTED** and the petition of Brenda Griego filed in response to the Preliminary Order

of Forfeiture involving a 1987 Purple Chevrolet Monte Carlo Custom, VIN 1G1GZ11Z8HP141336, License Plate LWC222 is **DISMISSED**.

**So ORDERED and SIGNED this 10th day of February, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**