IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

UNITED STATES OF AMERICA    §

v.    §    CRIM. ACTION NO. 6:09CR18

ERIC FERNANDO REYES (6)    §


ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of specified pending motions in this case has been presented for consideration. The Report and Recommendation recommends that the Government's Motion for Final Order of Forfeiture be granted, subject to resolution of the lien holder claim of Angel Torres (document #177) in connection with the 2007 Suburban, and that the ancillary claims of Erika Reyes and Evangelina Serrato (document #171, 172, and 174) filed in response to the Preliminary Order of Forfeiture involving a 2007 Chevy Suburban, VIN 3GNFC16J07G115816, a 1966 Red Chevy Impala SS Convertible, VIN 168676J226789, and a 2002 BMW 745i, VIN WBAGL63482DPS2349, be dismissed as having been abandoned. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the ancillary claims of Erika Reyes and Evangelina Serrato (document #171, 172, and 174) filed in response to the Preliminary Order of Forfeiture involving a 2007 Chevy

Suburban, VIN 3GNFC16J07G115816, a 1966 Red Chevy Impala SS Convertible, VIN 168676J226789, and a 2002 BMW 745i, VIN WBAGL63482DPS2349, are **DISMISSED**.

**So ORDERED and SIGNED this 10th day of February, 2010.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**