IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIM. ACTION NO. 6:09CR18 |
| ERIC FERNANDO REYES (6) | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of an ancillary forfeiture proceeding in this case has been presented for consideration. The Report and Recommendation recommends that the Motion to Voluntarily Dismiss the Petition for Remission or Mitigation of Forfeiture (document #280), filed by Angel Torres on March 10, 2010, be granted. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion to Voluntarily Dismiss the Petition for Remission or Mitigation of Forfeiture (document #280) is **GRANTED** and the Petition for Remission or Mitigation of Forfeiture filed by Angel Torres on behalf of Irving Trucks on July 13, 2009 (document #177) is **DISMISSED**.

**So ORDERED and SIGNED this 14th day of April, 2010.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**